UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JAMES CHAPMAN,** | * | **CIVIL ACTION** |
| Plaintiff, | | |
| | * | **NO. 2:14-cv-02877** |
| **VERSUS** | | |
| | * | **JUDGE CARL BARBIER** |
| **LADNER INVESTMENTS, INC., RICHARD CUEVAS, and** | * | **MAGISTRATE JUDGE SALLY SHUSHAN** |
| **SHELTER MUTUAL INSURANCE COMPANY***,* | * | |
| Defendants. | | |
| *    *    *    *    *    *    * | | |

## MOTION TO SUBSTITUTE EXHIBIT

**NOW INTO COURT**, through undersigned counsel, come Ladner Investments, Inc., Richard Cuevas, and Shelter Mutual Insurance Company who move this Honorable Court for an order substituting Exhibit 1 (Rec. Doc. No. 1-3) to the Notice of Removal (Rec. Doc No. 1) with Exhibit 1 attached hereto.

Respectfully submitted,

**LOWE, STEIN, HOFFMAN,**
 **ALLWEISS & HAUVER, L.L.P.**


 /s/ Max J. Cohen
**MAX J. COHEN, T.A. (17515)**
**MELANIE C. LOCKETT (30601)**
**MELVIN D. ALBRITTON (27936)**
**701 Poydras Street, Suite 3600**
**New Orleans, Louisiana 70139-7735**
Email:     MCohen@LOWESTEIN.COM
              MLockett@LOWESTEIN.COM
              MAlbritton@LOWESTEIN.COM
**(504) 581-2450**
**(504) 581-2461 (Fax)**

**Attorneys for Defendants Ladner Investments, Inc., Richard Cuevas, and Shelter Mutual Insurance Company**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served on all counsel of record to this proceeding accepting service electronically via the CM/ECF or by hand delivery, fax, Federal Express, or U.S. Mail, postage prepaid and properly addressed to those who are not, on this 29th day of December, 2014.

      /s/ Max J. Cohen
      **MAX J. COHEN**